1

2

3

4

5

6

7

8                      United States District Court

9                     Eastern District of California

10

11

12   United States of America,

13          Plaintiff,              No. Mag. 05-0292-JFM

14      vs.                         Detention Order

15   Juana Vargas,

16          Defendant.

17                                  -oOo-

18   A.   Order For Detention

19       After conducting a detention hearing pursuant to 18 U.S.C. §
     3142(f) of the Bail Reform Act, the Court orders the above-named
20   defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

21   B.   Statement Of Reasons For The Detention

22       The Court orders the defendant's detention because it finds:

23
         __x__      By a  preponderance  of the evidence that no
24                  condition   or  combination   of  conditions  will
                    reasonably assure the appearance of the defendant
25                  as required.

26       __x__      By clear and convincing evidence that no condition
                    or combination of conditions will reasonably assure

the safety of any other person and the community.

C.   <u>Findings Of Fact</u>

     The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

     __x__        (1)  Nature  and Circumstances of the offense
                   charged.

          __x__       (a) The crime.

          _____      (b) The offense is a crime of violence.

          _____      (c) The offense involves a narcotic.

          _____      (d)  The offense involves a large amount of
                       controlled substances.

     _____      (2)  The  weight of the evidence against the
                 defendant is high.

     _____      (3)  The history and characteristics of the
                 defendant including:

          _____(a)   General Factors:

               _____    The defendant appears to have a mental
                         condition which may affect whether the
                         defendant will appear.

               _____    The defendant has no family ties in the
                         area.

               _____    The defendant has no steady employment.

               _____    The defendant has no substantial
                         financial resources.

               _____    The defendant is not a long time resident
                         of the community.

               _____    The defendant does not have any
                         significant community ties.

               _____    Past conduct of the defendant:

               _____    The defendant has a history relating to
                         drug abuse.

2

     _____ The defendant has a significant prior criminal record.

     _____ The defendant has a prior record of failure to appear at court proceedings.

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

     _____ Probation.

     _____ Parole.

     _____ Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors

     _____ The defendant is an illegal alien and is subject to deportation.

     _____ The defendant is a legal alien and will be subject to deportation if convicted.

     __x__ Other: Unopposed motion.

__x__ (4) <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

     _____ (a) (1) The crime charged is one described in § 3142(f)(1)

          _____ (A) a crime of violence; or

          _____ (B) an offense for which the maximum penalty is life imprisonment or death; or

          _____ (C) a controlled substance violation that has a maximum penalty of ten years or more; or

          _____ (D) a felony and defendant

3

previously was convicted of two or more of the offenses described in (A) through (C) above and

(2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above and

(3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial and

(4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).

___x___ (b) There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed

___x___ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

_____ the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

_____ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

_____ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

_____ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D.  Additional Directives

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

4

1       The defendant be afforded reasonable opportunity for private consultation with his counsel; and

2

3       That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the

4   defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6       Dated: October 11, 2005

7

8                               /s/ Peter A. Nowinski
                                Peter A. Nowinski

9                               Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26