United States District Court

Eastern District of California

United States of America,

        Plaintiff,            No. Mag. 05-0292-JFM

   vs.                         Detention Order

Juana Vargas,

        Defendant.

-oOo-

A.   <u>Order For Detention</u>

     After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.   <u>Statement Of Reasons For The Detention</u>

     The Court orders the defendant's detention because it finds:

     <u>  x  </u>      By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

     <u>  x  </u>      By clear and convincing evidence that no condition or combination of conditions will reasonably assure

the safety of any other person and the community.

C.   <u>Findings Of Fact</u>

     The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

     __x__      (1)  Nature  and Circumstances of the offense charged.

          __x__      (a) The crime.

          _____      (b) The offense is a crime of violence.

          _____      (c) The offense involves a narcotic.

          _____      (d) The offense involves a large amount of controlled substances.

     _____      (2)  The  weight of the evidence against the defendant is high.

     _____      (3)  The history and characteristics of the defendant including:

          _____(a)  General Factors:

               _____      The defendant appears to have a mental condition which may affect whether the defendant will appear.

               _____      The defendant has no family ties in the area.

               _____      The defendant has no steady employment.

               _____      The defendant has no substantial financial resources.

               _____      The defendant is not a long time resident of the community.

               _____      The defendant does not have any significant community ties.

               _____      Past conduct of the defendant:

               _____      The defendant has a history relating to drug abuse.

2

_____        The defendant has a significant prior
               criminal record.

_____        The  defendant has a prior record of
               failure to appear at court proceedings.

(b)   Whether  the  defendant  was  on  probation,
      parole, or release by a court;

At the time of the current arrest, the defendant was
on:

_____        Probation.

_____        Parole.

_____        Release pending trial, sentence, appeal
               or completion of sentence.

(c)   Other Factors

_____        The defendant is an illegal alien and is
               subject to deportation.

_____        The defendant is a legal alien and will
               be subject to deportation if convicted.

___x___        Other: Unopposed motion.

___x___   (4)   Rebuttable Presumptions

In determining that the defendant should be detained, the
court also relied on the following rebuttable presumption(s)
contained in 18 U.S.C. § 3142(e), which the court finds the
defendant has not rebutted:

_____        (a)   (1) The crime charged is one described in
                     § 3142(f)(1)

                     (A) a crime of violence; or

                     (B) an offense for which the maximum
                         penalty  is  life  imprisonment  or
                         death; or

                     (C) a controlled substance violation
                         that has a maximum penalty of ten
                         years or more; or

                     (D)  a  f e l o n y  a n d  d e f e n d a n t

3

previously was convicted of two or
more of the offenses described in
(A) through (C) above and

(2)   Defendant previously has been convicted
of one of the crimes listed in
subparagraph (1)(A)-(C), above and

(3)   The offense referred to in subparagraph
(2) was committed while defendant was on
release pending trial and

(4)   Not more than five years has elapsed
since the date of conviction or release
from imprisonment for the offense
referred to in subparagraph (2).

____x____   (b)   There is probable cause to believe that
defendant committed an offense for which
a maximum term of imprisonment of ten
years or more is prescribed

____x____   in the Controlled Substances Act, 21
U.S.C. §§ 801, et seq.,

_____   the Controlled Substances Act , 21 U.S.C.
§§ 951, et seq.,

_____   the Maritime Drug Law Enforcement Act, 46
U.S.C. App. §§ 1901, et seq., or

_____   an offense under 18 U.S.C. §§ 924(c),
956(a), or 2332b.

_____   an offense under 18 U.S.C. §§ 1201, 1591,
2241, 2242, 2244(a)(1), 2245, 2251,
2251A, 2252(a)(1), 2252(a)(2),
2252(a)(3), 2252A(a)(1), 2252A(a)(2),
2252A(a)(3), 2252A(a)(4), 2260, 2421,
2422, 2423 or 2425.

D.   Additional Directives

     Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs
that:

     The defendant be committed to the custody of the Attorney
General for confinement in a corrections facility separate, to the
extent practicable, from persons awaiting or serving sentences or
being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with his counsel; and

That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: October 11, 2005


                                        /s/ Peter A. Nowinski
                                        Peter A. Nowinski
                                        Magistrate Judge