**FILED**

UNITED STATES DISTRICT COURT FOR THE

JUN 27 2006

EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR-5-05-448 EJZ |
| ) | |
| v. ) | RELEASE ORDER NO. _____ |
| Juana Vargas ) | |
| Defendant. ) | ORDER FOR RELEASE OF |
| | PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   Juana Vargas

_____, Case No.   CR 05 448 EJZ ,

Charge   8 USC 1325 ,

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $ _____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety                Supersedy Information

_____ Corporate Surety Bail Bond   or

   X (Other)   Sentence of this date to

   time served,

This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, Calif.   on   June 27 ,

2006 at   12:30   a.m./p.m.

By _____
United States District Judge or
United States Magistrate

Copy 2 - Pre Trial Services