UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUN 27 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA, )
              Plaintiff,     )  Case No. CR-S-05-448 EJG
          v.                 )
   Juana Vargas              )  RELEASE ORDER NO. _____
              Defendant.     )
                             )  ORDER FOR RELEASE OF
                             )  PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Juana Vargas_____, Case No. _CR-S-05-448 EJG_,

Charge _8 USC 1325_____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

____ Bail posted in the sum of $_____

____ Unsecured Appearance Bond

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond   _on Superseding Information_

_X_ (Other) _Sentence of this date to time served_

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, Calif._ on _June 27_, 2006 at _12:30_ a.m./p.m.

                                    By _____
Copy 2 - Pre Trial Services              United States District Judge or
                                         United States Magistrate